UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MELTON, CHRISTINA MARIE | ) | Case No. 08-01937-TUC EWH |
| Debtor(s) | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 03/09/10 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington DE 19850-5145 | $103.30 |
| 108 | 03/09/10 | Payment Center - US Dept of Ed<br>PO Box 530260<br>Atlanta GA 30353-0260 | $43.53 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $146.83 to the Clerk of the Court to be deposited in the Registry thereof.

June 21, 2010  /s/ Beth Lang
Date  Beth Lang, Trustee